Mary Ann SAADY, Plaintiff—Appellant,

v.

GOOCHLAND COUNTY DEPARTMENT OF SOCIAL SERVICES; Commonwealth's Attorney's Office; Department of Health Professions; Department of Accounts, Defendants—Appellees.

No. 07–1679.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 28, 2007.

Mary Ann Saady, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Saady appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Saady's motions to file a tape, cd, or dvd. *Saady v. Goochland County Dep't of Social Servs.*, No. 3:07–cv–00399–HEH (E.D.Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*